**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIMBERLY EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-01835-SRW |
| | ) | |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. The Court has jurisdiction over the subject matter of this action under 42 U.S.C. § 405(g). The parties have consented to the exercise of authority by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On December 15, 2025, self-represented Plaintiff filed a Complaint for Judicial Review of Decision of the Commissioner of Social Security. ECF No. 1. On December 17, 2025, the Court entered a Case Management Order setting out the briefing schedule to be followed in this case. ECF No. 6. Plaintiff was ordered to file a Brief in Support of the Complaint within thirty (30) days after service of the Commissioner's certified administrative transcript. *Id.*

On February 9, 2026, Defendant Commissioner of Social Security filed the electronic Certified Administrative Record and indicated it had sent a courtesy copy of the administrative transcript to Plaintiff through the United States Mail Service. ECF No. 8. Thus, Plaintiff's Brief in Support of her Complaint was due no later than March 11, 2026.

On March 23, 2025, the Court reviewed the record and noticed Plaintiff had neither filed a Brief in Support of her Complaint, nor submitted a request for additional time. Consequently, the

Court directed Plaintiff to show cause as to why this action should not be dismissed for her failure to prosecute her case and comply with the Case Management Order. ECF No. 10.  Plaintiff had until March 31, 2026 to file a response. She was warned that failure to timely comply could result in the dismissal of this action.

As of the date of this Memorandum and Order, Plaintiff has not responded to the Court's Show Cause Order. The Court gave Plaintiff meaningful notice of what was expected, cautioned her that this case could be dismissed if she failed to comply timely, and gave her additional time to comply. Therefore, this action will be dismissed without prejudice due to Plaintiff's failure to comply with the Court's March 23, 2026 Show Cause Order, the December 17, 2025 Case Management Order, and her failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2026.

2